UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: April 29, 2016
JUDGE: Pamela Pepper
CASE NO: 2015-cr-163
CASE NAME: United States of America v. Phillip A. Epich
NATURE OF HEARING: Change of Plea
APPEARANCES: Anderson M. Gansner – Attorney for the defendant
Phillip A. Epich – Defendant
Penelope L. Coblentz – Attorney for the government
James Fetherston - US Probation
COURTROOM DEPUTY: Kristine Wrobel
TIME: 1:32 p.m. – 2:20 p.m.
HEARING: Sentencing set for August 25, 2016 at 1:00 p.m. in Room 225

The court had scheduled this hearing because the defendant had expressed his desire to change his plea. The court noted that the parties had filed the plea agreement on March 15, 2016. The plea agreement called for the defendant to plead guilty to one count of knowingly receiving child pornography in violation of Title 18, USC §2256(8)(A). The court placed the defendant under oath, reviewed the plea agreement with him, and questioned the defendant. The court recounted that the charge involved a mandatory minimum prison term of five years, with a maximum of twenty years, and a maximum fine of $250,000. The charge also carried a special assessment of $100 and a mandatory minimum of five years and a maximum of life on supervised release. After the defendant had answered all of the court's questions, the court found that the defendant understood his trial rights, the penalties associated with the charge, the possible civil ramifications of a conviction, and the uncertainty of his ultimate sentence. The court also found that the defendant entered the plea knowingly and voluntarily, without threats or promises. The court accepted the defendant's plea of guilty, and found the defendant guilty of the offense charged in the indictment. Because the parties had waived the Rule 32 deadlines in the plea agreement, the court set a sentencing date for August 25, 2016 at 1:00 p.m. in Room 225. The probation office will file the PSR by July 8, 2016 and any objections are due by July 22, 2016. Any responses to the objections are due by August 5, 2016 and sentencing memoranda are due by August 12, 2016.

1